IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wilson, Paul K | Case Number: 07 B 07126 |
| | Judge: Squires, John H |
| Printed: 6/10/08 | Filed: 4/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 30, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,992.50 | |
| Secured: | | 11,344.91 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 647.59 |
| Other Funds: | | 0.00 |
| Totals: | 11,992.50 | 11,992.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,214.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 21,186.07 | 11,284.91 |
| 5. | Village of Park Forest | Secured | 222.00 | 60.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 19,222.89 | 0.00 |
| 7. | Corporate America Family CU | Unsecured | 148.60 | 0.00 |
| 8. | ER Solutions | Unsecured | 108.11 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 68.14 | 0.00 |
| 10. | Premium Asset Recovery Corp | Unsecured | 71.77 | 0.00 |
| 11. | America's Financial Choice Inc | Unsecured | 83.20 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 87.07 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 6.00 | 0.00 |
| 14. | Nicor Gas | Unsecured | 85.49 | 0.00 |
| 15. | Family Eye Care Center | Unsecured | 13.30 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 42.41 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 34.89 | 0.00 |
| 18. | AT&T | Unsecured | | No Claim Filed |
| 19. | Allied Cash Advance | Unsecured | | No Claim Filed |
| 20. | Allied Cash Advance | Unsecured | | No Claim Filed |
| 21. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 22. | Ben Franklin Motors Out | Unsecured | | No Claim Filed |
| 23. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 24. | CB USA | Unsecured | | No Claim Filed |
| 25. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Paul K

Printed: 6/10/08

Case Number: 07 B 07126
Judge: Squires, John H
Filed: 4/19/07

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | CBCS | Unsecured | No Claim Filed |
| 27. | CB USA | Unsecured | No Claim Filed |
| 28. | Cardholder Services | Unsecured | No Claim Filed |
| 29. | Chase Cardmember Services | Unsecured | No Claim Filed |
| 30. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 31. | Allied Cash Advance | Unsecured | No Claim Filed |
| 32. | C B Accounts Inc | Unsecured | No Claim Filed |
| 33. | Collection Company Of America | Unsecured | No Claim Filed |
| 34. | Department Of Revenue | Unsecured | No Claim Filed |
| 35. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 36. | First National Bank | Unsecured | No Claim Filed |
| 37. | Family Eye Care Center | Unsecured | No Claim Filed |
| 38. | First Cash Advance | Unsecured | No Claim Filed |
| 39. | Financial Service Center Of IL | Unsecured | No Claim Filed |
| 40. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 41. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 42. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 43. | Illinois Collection Service | Unsecured | No Claim Filed |
| 44. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 45. | KCA Financial Services | Unsecured | No Claim Filed |
| 46. | Credit Protection Association | Unsecured | No Claim Filed |
| 47. | Linebarger Goggan Blair & Simpson | Unsecured | No Claim Filed |
| 48. | Northshore Agency Inc | Unsecured | No Claim Filed |
| 49. | One Iron Ventures | Unsecured | No Claim Filed |
| 50. | National Quick Cash | Unsecured | No Claim Filed |
| 51. | Lou Harris | Unsecured | No Claim Filed |
| 52. | Orland Square Cosmetic And Implant Denta | Unsecured | No Claim Filed |
| 53. | Washington Mutual Bank FA | Unsecured | No Claim Filed |
| 54. | One Iron Ventures | Unsecured | No Claim Filed |
| 55. | Orland Square Cosmetic And Implant Denta | Unsecured | No Claim Filed |
| 56. | PDL Financial Services | Unsecured | No Claim Filed |
| 57. | Payday Loan | Unsecured | No Claim Filed |
| 58. | Payday Loan | Unsecured | No Claim Filed |
| 59. | PDL Financial Services | Unsecured | No Claim Filed |
| 60. | Premium Asset Recovery Corp | Unsecured | No Claim Filed |
| 61. | Northwestern Medical Faculty | Unsecured | No Claim Filed |
| 62. | Santa Barbara Bank & Trust | Unsecured | No Claim Filed |
| 63. | Premium Asset Recovery Corp | Unsecured | No Claim Filed |
| 64. | RMCB | Unsecured | No Claim Filed |
| 65. | TCF Bank | Unsecured | No Claim Filed |
| 66. | Village of Hazel Crest | Unsecured | No Claim Filed |
| 67. | Professional Account Management | Unsecured | No Claim Filed |
| 68. | Tribute | Unsecured | No Claim Filed |
| 69. | TRS Services | Unsecured | No Claim Filed |
| 70. | TRS Services | Unsecured | No Claim Filed |
| 71. | Tribute | Unsecured | No Claim Filed |
| 72. | Village of Park Forest | Unsecured | No Claim Filed |
| 73. | Village of Dolton | Unsecured | No Claim Filed |
| 74. | Charter One Auto Finance | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Paul K

Printed: 6/10/08

Case Number: 07 B 07126
Judge: Squires, John H
Filed: 4/19/07

| | | | |
|---|---|---|---|
| 75. | Village of Flossmoor | Unsecured | No Claim Filed |
| 76. | Ronald S Benedetti DDS | Unsecured | No Claim Filed |
| 77. | Weiss Memorial Hospital | Unsecured | No Claim Filed |
| 78. | Wellgroup Health Partners | Unsecured | No Claim Filed |
| 79. | TRS Services | Unsecured | No Claim Filed |
| 80. | Well Group Health Partners | Unsecured | No Claim Filed |
| 81. | Washington Mutual Bank FA | Unsecured | No Claim Filed |
| 82. | Linda L Spak | Unsecured | No Claim Filed |

$ 43,593.94         $ 11,344.91

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 647.59 |

$ 647.59

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

